```
               UNITED STATES DISTRICT COURT
                  DISTRICT OF MINNESOTA
                 Criminal No. 08-118 (PAM)
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER TO RELEASE** |
| v. ) | **ORIGINAL EXHIBIT** |
| ) | |
| 2.  MINGWEN YANG, ) | |
| 23. GUANGPING LIN, ) | |
| 37. YANXIA TENG, ) | |
| ) | |
| Defendants. ) | |

This matter came on before the Court on March 26, 2009, upon the motion of the United States release portions of Government's Exhibits 14C and 30 to Immigration and Customs Enforcement, specifically the passports of Mingwen Yang and Yanxia Teng.

Based upon the submissions of counsel and all files, records and proceedings herein, IT IS HEREBY ORDERED that the motion of the United States is GRANTED and the original passports Exhibits 14C and 30 may be turned over to Immigration and Customs Enforcement provided that a copy of each passport is maintained by the United States along with the remaining original exhibits. The copy will then serve as a substitute for the original exhibit in all further proceedings.

Dated: March  31  , 2009

                              S/Paul A. Magnuson
                              Paul A. Magnuson, Judge
                              United States District Court